**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____ District of **Nevada**
(State)

Case number (*If known*): _____ Chapter __7__

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy     04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

1. **Debtor's name**

   MXM NV INC.

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

3. **Debtor's federal Employer Identification Number** (EIN)

   8 7 – 1 2 8 1 5 6 3

4. **Debtor's address**

   **Principal place of business**

   4501 MITCHELL ST.
   Number     Street

   North Las Vegas,     NV     89081
   City             State     ZIP Code

   Clark
   County

   **Mailing address, if different from principal place of business**

   Number     Street

   P.O. Box

   City             State     ZIP Code

   **Location of principal assets, if different from principal place of business**

   Number     Street

   City             State     ZIP Code

5. **Debtor's website** (URL)

Debtor _____     Case number *(if known)*_____
                   Name

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☑ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.   District _____   When _____   Case number _____
                                                MM / DD / YYYY

          District _____   When _____   Case number _____
                                                MM / DD / YYYY

Debtor _____  Case number (if known) _____
           Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.  Debtor  ADDE ISSAGHOLI  Relationship  PRESIDENT

District  LAS VEGAS, NV  When  10  28  2025

List all cases. If more than 1, attach a separate list.    Case number, if known  25-16442-MKN   MM  /  DD  / YYYY

**11. Why is the case filed in *this* district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number          Street

_____
City                                State ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

Debtor _____     Case number (*if known*)_____
      Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ■ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>☐ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |
| **16. Estimated liabilities** | ☐ $0-$50,000<br>☐ $50,001-$100,000<br>☐ $100,001-$500,000<br>☐ $500,001-$1 million | ☐ $1,000,001-$10 million<br>■ $10,000,001-$50 million<br>☐ $50,000,001-$100 million<br>☐ $100,000,001-$500 million | ☐ $500,000,001-$1 billion<br>☐ $1,000,000,001-$10 billion<br>☐ $10,000,000,001-$50 billion<br>☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --**  Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  10/29/2025
         MM  / DD / YYYY

✘  /s/ ADDE ISSAGHOLI                          ADDE ISSAGHOLI
Signature of authorized representative of debtor      Printed name

Title  PRESIDENT

**18. Signature of attorney**

✘ /s/Christopher P. Burke, Esq.          Date    10/29/2025
Signature of attorney for debtor                         MM  / DD  / YYYY

CHRISTOPHER P. BURKE, ESQ.
Printed name

CHRISTOPHER P. BURKE, ESQ.
Firm name

218 S. Maryland Parkway
Number      Street

Las Vegas                                     NV          89101
City                                              State      ZIP Code

(702) 385-7987                         atty@cburke.lvcoxmail.com
Contact phone                                  Email address

004093                                        NV
Bar number                                    State

# United States Bankruptcy Court
## District of Nevada

In re   **MXM NV INC.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the PRESIDENT of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **October 29, 2025**

**/s/ ADDE ISSAGHOLI**

**ADDE ISSAGHOLI**/PRESIDENT
Signer/Title

MXM NV INC.
4501 MITCHELL ST.
North Las Vegas, NV 89081

CHRISTOPHER P. BURKE, ESQ.
Christopher P. Burke, Esq.
218 S. Maryland Parkway
Las Vegas, NV 89101

IRS
INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106

IRS
INTERNAL REVENUE SERVICE
STOP 5028
110 CITY PARKWAY
Las Vegas, NV 89106

State of Nevada, Dept. of
Employment Security
500 E. 3Rd. Street
Carson City, NV 89713

OFFICE OF TRUSTEE
300 LAS VEGAS BLVD. SO. #4300
Las Vegas, NV 89101

NEVADA DEPT. OF TAXATION
BANKRUPTCY DIVISION
555 E. WASHINGTON #1300
Las Vegas, NV 89101

365 DISPOSAL
ATTN:MANAGING AGENT
11153 TUXFORD ST.
Sun Valley, CA 91352

ABC SEWING MACHINES
ATTN:MANAGING AGENT
2100 MAIN ST.,
Los Angeles, CA 90007

ACME FREIGHT
ATTN:MANAGING AGENT
550 CARSON PLAZA DR.
Carson, CA 90746

ACS
ATTN:MANAGING AGENT
65 LAWRENCE BELL DR.,
Buffalo, NY 14221

ACTION WHOLESALE PRODUCTS
ATTN:MANAGING AGENT
3611 E LA PALMA AVE. #B
Anaheim, CA 92806

ADECCO
ATTN:MANAGING AGENT
10151 DEERWOOD PARK STE. 400
BLDG. 200
Jacksonville, FL 32256-0566

ADT
ATTN:MANAGING AGENT
1501 YAMATO ROAD BOCA
Boca Raton, FL 33431

Alejandro Magdaleno
ATTN:MANAGING AGENT
9413 W Heatherbrae Dr
Phoenix, AZ 85037

Alfredo Trucking
ATTN:MANAGING AGENT
PO Box 394
Phoenix, AZ 85068

Ali Saleh/AFG Enterprises LLC
ATTN:MANAGING AGENT
1501 E Santee St Suite 301 Los Angeles,
Los Angeles, CA 90015

All State Insurance
ATTN:MANAGING AGENT
2775 Sanders Road
Northbrook, IL 60062

Alliance Funding Group
ATTN:MANAGING AGENT
18231 Irvine Blvd,
Tustin, CA 92780

Allianz
ATTN:MANAGING AGENT
P.O. Box 1344
Minneapolis, MN 55416

Ally Auto
ATTN:MANAGING AGENT
P.O. Box 380901
Minneapolis, MN 55438

American Bank Equipment Finance
ATTN:MANAGING AGENT
P.O. Box 6469
Corpus Christi, TX 78466-6469

American Capital Financial Services
ATTN:MANAGING AGENT
2015 Ogden Ave #3,
Lisle, IL 60532

American Capital Group
ATTN:MANAGING AGENT
15 Lake Bellevue Drive Suite 200
Bellevue, WA 98005

AMERICAN EXPRESS
Acct No 8156
ATTN:MANAGING AGENT
P.O.BOX 297871
Fort Lauderdale, FL 33329

AMERICAN EXPRESS
ATTN:MANAGING AGENT
P.O.BOX 297871
Fort Lauderdale, FL 33329

AMERICAN EXPRESS
Acct No 3978
ATTN:MANAGING AGENT
P.O.BOX 297871
Fort Lauderdale, FL 33329

AMERICAN EXPRESS
Acct No 7267
ATTN:MANAGING AGENT
P.O.BOX 297871
Fort Lauderdale, FL 33329

American Financial Group
ATTN:MANAGING AGENT
950 Herndon Parkway, Suite 200,
Herndon, VA 20170

Ameritex
ATTN:MANAGING AGENT
700 Conroe Park North
Conroe, TX 77303

Amex
ATTN:MANAGING AGENT
200 Vesey Street
New York, NY 10285

Amtrust
ATTN:MANAGING AGENT
59 Maiden Lane, 43rd Floor
New York, NY 10038

Amur
ATTN:MANAGING AGENT
304 W. 3rd Street
PO Box 2555
Grand Island, NE 68801

Apple Card/Goldman Sachs
ATTN:MANAGING AGENT
Lockbox 6112 P.O. Box 7247
Philadelphia, PA 19170-6112

Arborhill Commercial Finance
ATTN:MANAGING AGENT
1 Fairview Drive
Portsmouth, NH 03801

Arimex
ATTN:MANAGING AGENT
2105 N Sulphur Springs St,
Douglas, AZ 85607

Ascentium
ATTN:MANAGING AGENT
23970 Highway 59 North,
Kingwood, TX 77339

Asendia
ATTN:MANAGING AGENT
5600 Bandini Blvd,
Bell Gardens, CA 90201

AT&T
ATTN:MANAGING AGENT
208 S Akard St,
Dallas, TX 75202

Athens Services
ATTN:MANAGING AGENT
14048 E. Valley Blvd,
La Puente, CA 91746

Atlantic Casualty Insurance Company
ATTN:MANAGING AGENT
400 Commerce Court,
Goldsboro, NC 27534

Atradius Trade Credit
ATTN:MANAGING AGENT
211 Schilling Circle, Suite 200
Hunt Valley, MD 21031

Avalon Risk Management
ATTN:MANAGING AGENT
150 Northwest Point Blvd, 4th Floor,
Elk Grove Village, IL 60007

Avtech Capital
ATTN:MANAGING AGENT
6995 Union Park Center, Suite 400
Midvale, UT 84047

Balboa Capital
ATTN:MANAGING AGENT
575 Anton Boulevard, 12th Floor,
Costa Mesa, CA 92626

BALBOA CAPITAL CORPORA
ATTN:MANAGING AGENT
2010 MAIN ST STE 1100
Irvine, CA 92614

Band It Rubber Co
ATTN:MANAGING AGENT
1711 N. Delilah St.
Corona, CA 92879

BARCLAY BANK DELAWARE
Acct No 0305
ATTN:MANAGING AGENT
P.O.BOX 8833
Wilmington, DE 19899

Beacon Funding
ATTN:MANAGING AGENT
3400 Dundee Rd #180,
Northbrook, IL 60062

Beneficial Equipment Finance Corp
ATTN:MANAGING AGENT
123 S Broad St, 17th Floor,
Philadelphia, PA 19107

Blue Bridge Financial
ATTN:MANAGING AGENT
11921 Freedom Drive, Suite 1130
Reston, VA 20190

Broder Bros
ATTN:MANAGING AGENT
6 Neshaminy Interplex Dr, Ste 6
Feasterville Trevose, PA 19053

CBE GROUP
ATTN:MANAGING AGENT
1309 TECHNOLOGY PKWY
Cedar Falls, IA 50613

CBS Shipping/Peter Adeli
ATTN:MANAGING AGENT
967 E 12th Street
Los Angeles, CA 90021

Centra Funding
ATTN:MANAGING AGENT
1400 Preston Rd, Ste 115,
Plano, TX 75093

CHASE BANK
ATTN:MANAGING AGENT
270 PARK AVE FLOOR 12
New York, NY 10017-2014

Citibank
ATTN:MANAGING AGENT
388 Greenwich Street,
New York, NY 10013

Clearfreight
ATTN:MANAGING AGENT
1960 E Grand Ave, Suite 700,
El Segundo, CA 90245

Collectron Maquila
ATTN:MANAGING AGENT
235 N Freeport Drive,
Nogales, AZ 85621

Cox Communications
ATTN:MANAGING AGENT
6205 Peachtree Dunwoody Rd,
Atlanta, GA 30328

Dali Vulcan
ATTN:MANAGING AGENT

Desert Boilers
ATTN:MANAGING AGENT
305 W Saint Louis Ave,
Las Vegas, NV 89102

Desktop Shipper
ATTN:MANAGING AGENT
3860 SE Naef Rd #68369
Portland, OR 97268

Dext Capital
ATTN:MANAGING AGENT
5500 Meadows Rd, Suite 300
Lake Oswego, OR 97035

Discount Thermal Labels
ATTN:MANAGING AGENT
1189 Montauk Highway,
Patchogue, NY 11772

```
Dominic Ink Vendor Corechem
ATTN:MANAGING AGENT
4320 Greenway Dr
Knoxville, TN 37918

Drip Capital
ATTN:MANAGING AGENT
1885 El Camino Real
Palo Alto, CA 94306

Dsv Global Transport
ATTN:MANAGING AGENT
100 Walnut Avenue, Suite 405
Clark, NJ 07066

Ebby Davood Steal Deal Apparel Zoo
Mischief Intl. Threadbeast
ATTN:MANAGING AGENT
5716 Alba Street
Los Angeles, CA 90058

Epost Global
ATTN:MANAGING AGENT
11137 Warland Drive Cypress,
Cypress, CA 90630

Ernest Packaging
ATTN:MANAGING AGENT
5777 Smithway Street Commerce
Los Angeles, CA 90040

Expert Screen Printing
ATTN:MANAGING AGENT
2557 South Crater Road, Suite G
Petersburg, VA 23805

Express Trade Capital
ATTN:MANAGING AGENT
3909 NE 163rd St, Suite 109
North Miami Beach, FL 33160

FedEx
ATTN:MANAGING AGENT
942 South Shady Grove Road,
Memphis, TN 38120

FIRST BANK RICHMOND
ATTN:MANAGING AGENT
20 N 9TH ST
Richmond, IN 47374

First Federal Leasing/First Bank Richmon
ATTN:MANAGING AGENT
P.O. Box 1145 Richmond,
Richmond, IN 47375-1145
```

First Utah Bank
ATTN:MANAGING AGENT
3826 S 2300
Salt Lake City, UT 84109

Fortegra
ATTN:MANAGING AGENT
10751 Deerwood Park Blvd., Ste. 200
Jacksonville, FL 32256

Foster Garvey
ATTN:MANAGING AGENT
1111 Third Avenue, Suite 3000
Seattle, WA 98101

Freeway Partners
ATTN:MANAGING AGENT
5112 N. 40th Steeet, Ste. 105
Phoenix, AZ 85018

Freig Carillo Forwarding
ATTN:MANAGING AGENT
1430 N Industrial Park Dr,
Nogales, AZ 85621

Gerber Technology
ATTN:MANAGING AGENT
24 Industrial Park Road West
Tolland, CT 06084

Great American Financial Services
ATTN:MANAGING AGENT
625 First St SE, Suite 800
Cedar Rapids, IA 52401

GRP Capital
ATTN:MANAGING AGENT
3301 Bonita Beach Road, Suite 112
Bonita Springs, FL 34134

Grupo Miro
ATTN:MANAGING AGENT
Avenida del Parque 100, Lerma, Mexico
52000

Hanes Brand
ATTN:MANAGING AGENT
101 North Cherry Street,
Winston Salem, NC 27101

Hanmi Bank
ATTN:MANAGING AGENT
3660 Wilshire Blvd, Suite PH-A
Los Angeles, CA 90010

```
Hartford Works Compensation
ATTN:MANAGING AGENT
690 Asylum Avenue
Hartford, CT 06155

Image Technologies
ATTN:MANAGING AGENT
1380 N. Knollwood Circle
Anaheim, CA 92801

Jag Endeavors
ATTN:MANAGING AGENT
1251 E BURTON ST,
Fullerton, CA 92831

JPMCB
ATTN:MANAGING AGENT
P.O.BOX 15369
Wilmington, DE 19850

Jr Capital
ATTN:MANAGING AGENT
6991 E Camelback Rd, D201
Scottsdale, AZ 85251

Kemco
ATTN:MANAGING AGENT
11500 47th St North
Clearwater, FL 33762

Kevin A. Hoang
LAW OFFICE OF KEVIN A. HOANG, APC
ATTN:MANAGING AGENT
254 N. Lake Ave., #111
Pasadena, CA 91101

Kevin A. Hoang, Esq.
LAW OFFICE OF KEVIN A. HOANG, APC
ATTN:MANAGING AGENT
254 N. Lake Ave., #111
Pasadena, CA 91101

Knight Transportation
ATTN:MANAGING AGENT
2002 W Wahalla Ln,
Phoenix, AZ 85027

Kornit
ATTN:MANAGING AGENT
480 South Dean Street
Englewood, NJ 07631
```

KWH Merchandising Inc
ATTN:MANAGING AGENT
155 W 21st St Apt 14C
New York, NY 10011

La Carton Co
ATTN:MANAGING AGENT
7512 Scout Ave,
Bell Gardens, CA 90201

Labor Litigators
ATTN:MANAGING AGENT
3580 Wilshire Blvd, #1260
Los Angeles, CA 90010

Ladwp
ATTN:MANAGING AGENT
111 N. Hope St.
Los Angeles, CA 90012

LCA Bank Corporation
ATTN:MANAGING AGENT
310 S Main St, Suite 900
Salt Lake City, UT 84101

Libra Transport
ATTN:MANAGING AGENT
21168 Cimarron Way,
Santa Clarita, CA 91390

M2 /M Squared Equipment Finance
ATTN:MANAGING AGENT
20800 Swenson Dr, Suite 475,
Waukesha, WI 53186

Manufacturers And Trades Trust
ATTN:MANAGING AGENT
One M&T Plaza
Buffalo, NY 14203

MARK M. SCOTT, ESQ.
BUCHALTER LAW FIRM
ATTN:MANAGING AGENT
18400 Von Karman Avenue, Suite 800
Irvine, CA 92612-0514

Meridian Finance LLC (Saldutti Law Group
ATTN:MANAGING AGENT
1201 New Road, Suite 203
Linwood, NJ 08221

Milestone Bank
ATTN:MANAGING AGENT
310 S Main St, Suite 900,
Salt Lake City, UT 84101

Mitsubishi Capital HC
ATTN:MANAGING AGENT
800 Connecticut Avenue,
Norwalk, CT 06854

MITSUBISHI HC CAPITAL
ATTN:MANAGING AGENT
1 PIERCE PL STE 1100
Itasca, IL 60143

Mm Design
ATTN:MANAGING AGENT
370 Myrtle St #308
Glendale, CA 91203

Montero Trucking
ATTN:MANAGING AGENT
939 Florence Ave
Colton, CA 92324

Montroy
ATTN:MANAGING AGENT
2674 Raymond Ave.
Signal Hill, CA 90755

Morales, Hector
ATTN:MANAGING AGENT

Morales, Juan
ATTN:MANAGING AGENT

Mrprint
ATTN:MANAGING AGENT
440 Medinah Rd.,
Roselle, IL 60172

Nazdar
ATTN:MANAGING AGENT
8501 Hedge Lane Terrace
Lenexa, KS 66227

Neo Blue Jeans
ATTN:MANAGING AGENT
1433 Santee St,
Los Angeles, CA 90015

New Lane Finance
ATTN:MANAGING AGENT
123 S. Broad Street, 17th Floor,
Philadelphia, PA 19109

Ningbo Zhanglong
ATTN:MANAGING AGENT
299 Building 2 Vaken, Yunhui Center,
Tong Ji Rd Rm 701 Jiangbei District,
 Zhejiang Province 315033 China

Nora Gonzalez
ATTN:MANAGING AGENT

North Mill Equiptment Finance
ATTN:MANAGING AGENT
601 Merritt 7, Suite 5
Norwalk, CT 06851

North Star
ATTN:MANAGING AGENT
PO Box 4505
Burlington, VT 05406

NV Salvage
ATTN:MANAGING AGENT
130 W Owens Ave
North Las Vegas, NV 89030

One Stop Mailing LLC
ATTN:MANAGING AGENT
301 Butterfly Commons Drive,
York, PA 17402

Orkin
ATTN:MANAGING AGENT
2170 Piedmont Rd NE.
Atlanta, GA 30324

OSM
ATTN:MANAGING AGENT
601 Regency Dr,
Glendale Heights, IL 60139

Paktex
ATTN:MANAGING AGENT
1202 STARLIT DR
Laguna Beach, CA 92651

Pawnee
ATTN:MANAGING AGENT
3801 Automation Way, Suite 207
Fort Collins, CO 80525

Penske
ATTN:MANAGING AGENT
2675 Morgantown Road
Reading, PA 19607

Peter Tehrani
ATTN:MANAGING AGENT
1500 south Los Angeles St
Los Angeles, CA 90015

Philip Rahimzadeh/Core Industrial LLC
ATTN:MANAGING AGENT
1200 S Santa Fe Ave. Suite 327
Los Angeles, CA 90021

Pitney Bowes
ATTN:MANAGING AGENT
3001 Summer Street,
Stamford, CT 06926

Prime Alliance Bank, Inc.
ATTN:MANAGING AGENT
1868 South 500 West,
Bountiful, UT 84010

QL Titling
ATTN:MANAGING AGENT
9830 Bauer Dr,
Indianapolis, IN 46280

Quality Eqfi/Quality Leasing
ATTN:MANAGING AGENT
9830 BAUER DRIVE,
Indianapolis, IN 46280

Quartix
ATTN:MANAGING AGENT
222 S Church Street,
Charlotte, NC 28202

Republic Services
ATTN:MANAGING AGENT
11130 S. Aqua Fria Parkway,
Phoenix, AZ 85009

Revenued LLC
ATTN:MANAGING AGENT
55 Almeria Ave 2nd Floor,
Miami, FL 33134

Rheetech
ATTN:MANAGING AGENT
2401 S Main St,
Los Angeles, CA 90007

Ryonet
ATTN:MANAGING AGENT
12303 NE 56th St,
Vancouver, WA 98682

Samson Lending
ATTN:MANAGING AGENT
90 John St,
New York, NY 10038

Samson Mca
ATTN:MANAGING AGENT
17 State Street Suite 630
New York, NY 10004

San Diego Bulk Container Supply
ATTN:MANAGING AGENT
10140 Marconi Dr # F,
San Diego, CA 92154

SC Edison
ATTN:MANAGING AGENT
2244 Walnut Grove Ave.,
Rosemead, CA 91770

Shipstation
ATTN:MANAGING AGENT
4301 Bull Creek Rd, Suite 300,
Austin, TX 78731

Shopify
ATTN:MANAGING AGENT
151 O'Connor Street, Ground Floor,
Ottawa, ON K2P 2L8, CANADA

Slack
ATTN:MANAGING AGENT
415 Mission Street, 3rd Floor
San Francisco, CA 94105

Slim Capital
ATTN:MANAGING AGENT
9301 Wilshire Blvd, Suite 610,
Beverly Hills, CA 90210

Slope.io
ATTN:MANAGING AGENT
548 Markett St #21103
San Francisco, CA 94104

Smarkchem
ATTN:MANAGING AGENT
8636 Otis St,
South Gate, CA 90280

So Cal Image Techs
ATTN:MANAGING AGENT
22845 Ventura Blvd,
Woodland Hills, CA 91364

South Bay Acceptance Corp
ATTN:MANAGING AGENT
222 Pacific Coast Hwy,
El Segundo, CA 90245

Sparkletts
ATTN:MANAGING AGENT
3280 E FOOTHILL BLVD SUITE 400
Pasadena, CA 91107

Spectrum
ATTN:MANAGING AGENT
400 Washington Boulevard,
Stamford, CT 06902

SS Activewear
ATTN:MANAGING AGENT
220 Remington Blvd,
Bolingbrook, IL 60440

Stamps.com
ATTN:MANAGING AGENT
1990 E Grand Ave,
El Segundo, CA 90245

Star Hill
ATTN:MANAGING AGENT
21 Main Street, Suite 204,
Hackensack, NJ 07601

Steal Deal
ATTN:MANAGING AGENT
5716 Alba St,
Los Angeles, CA 90058

Storage Units: Public Storage
ATTN:MANAGING AGENT
701 Western Ave,
Glendale, CA 91201

Suna
ATTN:MANAGING AGENT
4200 Santa Ana St Ste A,
Ontario, CA 91761

Targeted Lending Co. LLC
ATTN:MANAGING AGENT
5500 Main Street, Suite 300,
Buffalo, NY 14221

Td Auto
ATTN:MANAGING AGENT
27777 Inkster Rd,
Farmington, MI 48333

TD AUTO FINANCE
ATTN:MANAGING AGENT
PO BOX 71466
Philadelphia, PA 19176

Titan Capital
ATTN:MANAGING AGENT
19 Ludlow Road, Suite 301,
Westport, CT 06880

TMR Capital
ATTN:MANAGING AGENT
1221 Brickell Ave Suite 900.
Miami, FL 33131

Total Merchant Resources
ATTN:MANAGING AGENT
377 Hoes Ln, Suite 240,
Piscataway, NJ 08854

Trichromatic West
ATTN:MANAGING AGENT
6060 Rickenbacker Road
Los Angeles, CA 90040

Tubelite Denco
ATTN:MANAGING AGENT
102 Semoran Commerce Place,
Apopka, FL 32703

U-Haul
ATTN:MANAGING AGENT
P.O. Box 21502,
Phoenix, AZ 85036

ULF Nellis Industrial
ATTN:MANAGING AGENT
14241 N DALLAS PKWY STE 650
Dallas, TX 75254

Uline
ATTN:MANAGING AGENT
12575 Uline Drive,
Pleasant Prairie, WI 53158

Universal Plastic Bag Mfg
ATTN:MANAGING AGENT
1309 S. Wanamaker Ave,
Ontario, CA 91761

Univest Capital Inc
ATTN:MANAGING AGENT
3331 Street Road, Suite 325,
Bensalem, PA 19020

UPS
ATTN:MANAGING AGENT
55 Glenlake Parkway,
Atlanta, GA 30328

US Bank Equipment Fiannce
ATTN:MANAGING AGENT
800 Nicollet Mall
Minneapolis, MN 55402

US Customs & Border Protection
ATTN:MANAGING AGENT
1300 Pennsylvania Avenue NW., Room 3.5A
Washington, DC 20229

USPS
ATTN:MANAGING AGENT
475 L'Enfant Plaza SW,
Washington, DC 20260

Vertex (Glovalink)
ATTN:MANAGING AGENT
11637 Los Nietos Rd,
Santa Fe Springs, CA 90670

Vfsmi (Venture Funding Specialists)
ATTN:MANAGING AGENT
VFS LLC 5827 Terex
Clarkston, MI 48346

Victory Supply
ATTN:MANAGING AGENT
7025 Industrial Park Rd
Mount Pleasant, TN 38474

Wells Fargo
ATTN:MANAGING AGENT
420 Montgomery Street,
San Francisco,, CA 94101

WFBNA CARD
ATTN:MANAGING AGENT
P.O.BOX 393
Minneapolis, MN 55480

WFNNB
ATTN:MANAGING AGENT
P.O.BOX 393
Minneapolis, MN 55480

Workhorse Products
ATTN:MANAGING AGENT
3730 E Southern Ave,
Phoenix, AZ 85040

Ziglift
ATTN:MANAGING AGENT
12640 Allard St,
Santa Fe Springs, CA 90670

# United States Bankruptcy Court
### District of Nevada

In re   **MXM NV INC.**                                  Case No. _____

                                        Debtor(s)        Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **MXM NV INC.**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**October 29, 2025**                               **/s/ CHRISTOPHER P. BURKE, ESQ.**
Date                                           **CHRISTOPHER P. BURKE, ESQ. 004093**
                                             Signature of Attorney or Litigant
                                             Counsel for   **MXM NV INC.**
                                             **Christopher P. Burke, Esq.**
                                             **218 S. Maryland Parkway**
                                             **Las Vegas, NV 89101**
                                             **(702) 385-7987 Fax:(702) 385-7986**
                                             **atty@cburke.lvcoxmail.com**