BRIAN K. WALTERS, ESQ.
Nevada Bar No. 9711
**GORDON REES SCULLY MANSUKHANI, LLP**
1 East Liberty Street, Suite 424
Reno, Nevada  89501
Telephone:  (775) 324-9800
Direct:  (775) 467-2605
E-Mail: bwalters@grsm.com

*Attorneys for Creditor*
*Mitsubishi HC Capital America, Inc*

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| In Re: | Case No.:   BK-25-16482-mkn |
|---|---|
| MXM NV INC., | Ch. 7 |
| Debtor. | **NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE** |

**TO:**    **THE CLERK OF THE U.S. BANKRUPTCY COURT, DEBTORS, THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES**

**PLEASE TAKE NOTICE** that pursuant to Section 1109(b) of Title 11 of the United

States Bankruptcy Code ("Bankruptcy Code") and Rules 2002, 9007, and 9010(b) of the Federal

Rules of Bankruptcy Procedure ("Bankruptcy Rules"), BRIAN K. WALTERS, ESQ. of

GORDON REES SCULLY MANSUKHANI, LLP hereby requests that all notices given or

required to be given in this case be given to and served upon the undersigned at the following

office, address, email and telephone number:

> BRIAN K. WALTERS, ESQ.
> GORDON REES SCULLY MANSUKHANI, LLP
> 1 East Liberty Street, Suite 424
> Reno, Nevada 89501
> Telephone:  (775) 324-9800
> Direct:  (775) 467-2605
> Facsimile:  (775) 460-4901
> Email:  bwalters@grsm.com

1

Gordon Rees Scully Mansukhani, LLP
1 East Liberty Street, Suite 424
Reno, NV 89501

1  The undersigned represents Mitsubishi HC Capital America, Inc. ("Creditor") creditor and party

2  in interest as to the above estate.

3       **PLEASE TAKE FURTHER NOTICE** that pursuant to § 1109(b) of the Bankruptcy

4  Code, the foregoing demand includes not only the notices and papers referred to in the

5  Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of

6  any application, motion, petition, pleading, request, complaint or demand, whether formal or

7  informal, whether written or oral, whether transmitted or conveyed by mail, delivery, telephone,

8  telegraph, telex or otherwise which affect or seek to affect in any way the Creditor's rights or

9  interests, in this case.

10      DATED this 4th  day of November, 2025.

11                            **GORDON REES SCULLY
12                            MANSUKHANI, LLP**

13                            */s/ Brian K. Walters*
14                            BRIAN K. WALTERS, ESQ.
                          Nevada Bar No. 9711
15                            1 East Liberty Street,, Suite 424
                          Reno, Nevada  89501

16                            ***Attorneys for Creditor***
17                            ***Mitsubishi HC Capital America, Inc.***

18

19

20

21

22

23

24

25

26

27

28

*Gordon Rees Scully Mansukhani, LLP*
*1 East Liberty Street, Suite 424*
*Reno, NV  89501*

**Gordon Rees Scully Mansukhani, LLP**
1 East Liberty Street, Suite 424
Reno, NV 89501

1

## CERTIFICATE OF SERVICE

2    I HEREBY CERTIFY that on the 4th day of November, 2025, I served via CM/ECF a

3    true and correct copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR**

4    **SPECIAL NOTICE** upon those persons designated by the parties in the E-Service Master List:

5    Christopher Patrick Burke, Esq.
218 S. Maryland Parkway
6    :as Vegas, NV 89101
atty@cburke.lvcoxmail.com
7    *Attorney for Debtor*

8

9    Bankruptcy Trustee
Chapter 7
Troy S. Fox
10   Fox Imes and Crosby, LLC
601 S. 10th Street, Suite 202
11   Las Vegas, NV 89101

12   US TRUSTEE LV-7
300 Las Vegas Blvd., So.
13   Suite 4300 Las Vegas, NV 89101

14

15                                              */s/ Gayle Angulo*
                                               An Employee of GORDON REES SCULLY
                                               MANSUKHANI, LLP
16

17

18

19

20

21

22

23

24

25

26

27

28

3