Ethan Featherstone (Bar No. 11566)
GORDON REES SCULLY MANSUKHANI LLP
300 S. 4th Street, Suite 1550
Las Vegas, NV 89101
Telephone: (702) 577-9300
Facsimile: (702) 255-2858
Email: efeatherstone@grsm.com

Attorney for Mitsubishi HC Capital America, LLC

**UNITED STATES BANKRUPTCY COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| In Re | ) CASE NO. 25-16482-nmc |
| | ) |
| MXMNV INC., | ) Chapter 7 |
| | ) |
| Debtor, | ) **NOTICE OF HEARING FOR [31]** |
| | ) **MOTION FOR ORDER GRANTING** |
| | ) **RELIEF FROM STAY PURSUANT** |
| | ) **TO 11 U.S.C. § 362(d)(1) and (2)** |
| | ) |
| | ) **March 4, 2026 at 2:30 p.m.** |
| | ) |
| | ) |

NOTICE IS HEREBY GIVEN THAT Mitsubishi HC Capital America, Inc. ("Mitsubishi"), has filed its MOTION FOR ORDER GRANTING RELIEF FROM STAY PURSUANT TO 11 U.S.C. § 362(d)(1) and (2) (the "Motion") seeking relief from the Debtor's Discharge of Debts (as defined in the Motion).

A hearing on the Motion has been set for March 4, 2026, at 2:30 p.m. at the U.S. Bankruptcy Court, Foley Federal Building, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, Courtroom 3 (Third Floor) before the Honorable Natalie M. Cox. This hearing will be held via Toll-free conference line (**833) 435-1820**, Meeting ID 161 062 2560  Passcode 029066#.

/ / /

-1-

Any opposition to the Motion must be filed, and service of the opposition must be completed on Mitsubishi, no later than fourteen (14) days preceding the hearing date.

If you object to the relief requested, you must file a WRITTEN response to this pleading with the court. You must also serve your written response on the person who sent you this notice. If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

• The court may refuse to allow you to speak at the scheduled hearing; and,

• The court may rule against you without formally calling the matter at the hearing.

Date: January 27, 2026                    GORDON REES SCULLY MANSUKHANI LLP

By: */s/ Ethan Featherstone*
Ethan Featherstone (Bar No. 11566)

*Counsel for Mitsubishi HC Capital America, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2026 a true and correct copy of the foregoing document was electronically filed and served via CM ECF on parties registered for service:

CHRISTOPHER PATRICK BURKE
218 S MARYLAND PKY.
LAS VEGAS, NV 89101

TROY S. FOX
FOX, IMES AND CROSBY, LLC
601 S. 10TH ST.
SUITE 202
LAS VEGAS, NV 89101

The following parties were served via U.S. Mail:

MXM NV INC.
4501 MITCHELL ST.
NORTH LAS VEGAS, NV 89081

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Gayle Angulo
For Gordon Rees Scully Mansukhani, LLP

- 3 -