Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBkCourt@mccarthyholthus.com

Attorney for Secured Creditor, Blue Bridge Financial, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No. 25-16482-NMC |
| | ) |
| MXM NV Inc., | ) Chapter 7 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) **NOTICE OF HEARING ON BLUE** |
| | ) **BRIDGE FINANCIAL, INC.'S MOTION** |
| | ) **FOR RELIEF FROM AUTOMATIC STAY** |
| | ) **AND ABANDONMENT WITH** |
| | ) **CERTIFICATE OF SERVICE** |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) DATE:    4/7/2026 |
| | ) TIME:     1:30pm |
| | ) |
| | ) Judge:  Natalie M. Cox |
| | ) |
| | ) |
| | ) |
| | ) |
| | ) |

1

*Revised 12/09*                    25-16482-nmc; M&H File No. NV-26-190422
                                   Notice of Hearing on Motion for Relief

**NOTICE IS HEREBY GIVEN** that a MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT was filed on 3/5/2026 by McCarthy & Holthus, LLP. The Motion seeks the following relief: Secured Creditor seeks an order terminating/modifying the automatic stay to allow it foreclose on the subject property/collateral commonly known as:

1. 2021 Huebsch Dryer 250kg VIN/SN 0206008841
2. 2021 Huesbsch Dryer 250kg VIN/SN 0206007945
3. 2022 Ellis Washer 250kg VIN/SN 4265210
4. 2022 Ellis Washer 250kg VIN/SN 4263301
5. 2022 Ellis Extractor 250kg VIN/SN 4258700
6. 2022 Ellis Extractor VIN/SN 4256287

2022 Workhorse 10 Color 12 Station Press (with 2 Flash Units) VIN/SN B108280 and last located at 4501 Mitchell St., Ste. A, North Las Vegas, NV 89081. Any opposition must be filed pursuant to Local Rule 9014(d)(1).

**NOTICE IS FURTHER GIVEN** that if you do not want the court to grant the relief sought in the Motion, or if you want the court to consider your views on the Motion, then you must file an opposition with the court, and serve a copy on the person making the Motion ***no later than 14 days*** preceding the hearing date for the motion. If the hearing date has been set on shortened time in accordance with LR 9006, then the opposition must be filed and served no later than 2 business days before the hearing, or as set forth in the Order Shortening Time. The opposition must state your position, set forth all relevant facts and legal authority, and be supported by affidavits or declarations that conform to Local Rule 9014(c).

If you object to the relief requested, you *must* file a **WRITTEN** response to this pleading with this court. You *must* also serve your written response on the person who sent you this notice.

If you do not file a written response with the court, or if you do not serve your written response on the person who sent you this notice, then:

- The court may *refuse to allow you to speak* at the scheduled hearing; and

2

> • The court may *rule against you* without formally calling the matter at the hearing.

**NOTICE IS FURTHER GIVEN** that the hearing on the said Motion will be held before a United States Bankruptcy Judge, in the Foley Federal Building, United States Courthouse, 300 Las Vegas Boulevard South, Las Vegas, NV 89101, 3rd Floor, Bankruptcy Courtroom No. 3, on _4/7/2026_ at the hour of _1:30_ pm..

Dated: March 5, 2026                    McCarthy & Holthus, LLP


                                        By:  /s/  Michael Chen
                                             Michael Chen, Esq.
                                             Attorney for Blue Bridge Financial, Inc.

3

CERTIFICATE OF SERVICE

On 3/5/2026, I served the foregoing documents described as **NOTICE OF HEARING ON BLUE BRIDGE FINANCIAL, INC.'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**, on the following individuals by electronic means through the Court's ECF program:

TRUSTEE                          DEBTORS COUNSEL
Troy S. Fox                      Christopher Patrick Burke
TrusteeFox@ficlegal.com          atty@cburke.lvcoxmail.com

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                               /s/  Andrei Mihai
                                               Andrei Mihai

On 3/5/2026, I served the foregoing documents described as **NOTICE OF HEARING ON BLUE BRIDGE FINANCIAL, INC.'S MOTION AND MOTION FOR RELIEF FROM AUTOMATIC STAY AND ABANDONMENT**, on the following individuals by depositing true copies thereof in the United States mail at San Diego, CA, enclosed in a sealed envelope, with postage paid, addressed as follows:

DEBTOR
MXM NV Inc., 4501 Mitchell St., North Las Vegas, NV 89081

BORROWER
Merexmortals, Inc., 4501 Mitchell St Ste A, North Las Vegas, NV 89081

Adde Issagholi, 4501 Mitchell St Ste A, North Las Vegas, NV 89081

**I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.**

                                               /s/  Hue Banh
                                               Hue Banh

4