_____
Honorable Natalie M. Cox
United States Bankruptcy Judge

Entered on Docket
April 09, 2026

Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307                    E-filed: 4/8/2026
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
Phone (877) 369-6122
Fax (866) 339-5691
NVBkCourt@mccarthyholthus.com

Attorneys for Secured Creditor, Blue Bridge Financial, Inc., its assignees and/or successors

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 25-16482-nmc |
| | ) |
| MXM NV Inc., | ) Chapter 7 |
| | ) |
|        Debtor. | ) DATE:  4/7/2026 |
| | ) TIME:   1:30pm |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

*Rev. 12.09*                                      M&H File No NV-26-190422
                                                        25-16482-nmc

The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  Upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the UCC1/security interest of Movant in the industrial equipment known as:

1.  2021 Huebsch Dryer 250kg VIN/SN 0206008841

2.  2021 Huesbsch Dryer 250kg VIN/SN 0206007945

3.  2022 Ellis Washer 250kg VIN/SN 4265210

4.  2022 Ellis Washer 250kg VIN/SN 4263301

5.  2022 Ellis Extractor 250kg VIN/SN 4258700

6.  2022 Ellis Extractor VIN/SN  4256287

2022 Workhorse 10 Color 12 Station Press (with 2 Flash Units) VIN/SN B108280 and last located at 4501 Mitchell St Ste A, North Las Vegas, NV 89081.

IT IS FURTHER ORDERED that Movant may proceed with any and all legal actions and/or exercise contractual remedies, and as against Debtor or any third parties, to foreclose upon, and recover physical possession of the above listed property in compliance with applicable state or federal law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP

 */s/  Michael Chen*
Kristin A. Schuler-Hintz, Esq.
Michael Chen, Esq.
9510 West Sahara Avenue, Suite 200
Las Vegas, NV 89117
(877) 369-6122

/ / /

/ / /

Approved/Disapproved

No opposition – form of order served 3/5/26

Christopher Patrick Burke, Esq.
Counsel for the Debtor
702-385-7987

Approved/Disapproved

No opposition – form of order served 3/5/26

Troy S. Fox
Chapter 7 Trustee
601 S. 10th St., Suite 202
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies that the order accurately reflects the court's ruling and that (check one):

    ☐ The court has waived the requirement set forth in LR 9021(b)(1).

    XX No party appeared at the hearing or filed an objection to the motion.

    ☐ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

    Counsel appearing: Christopher Patrick Burke

    Unrepresented parties appearing: None.

    Trustee: Troy S. Fox

    ☐ I certify that this is a case under Chapter 7 or 13, that I have served a copy of this order with the motion pursuant to LR 9014(g), and that no party has objected to the form or content of the order.

Submitted by:
McCarthy & Holthus, LLP

/s/  Michael Chen
_____
Kristin A. Schuler-Hintz, Esq. SBN 7171
Michael Chen, Esq. SBN 7307